**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Joshua R. Wilner (SBN 353949)
1990 N. California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
         jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (SBN 363482)
1330 Ave, of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-mail: mroberts@bursor.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVA HOFFMAN, SHANTE PIERRO and DANIELA ZAMOR, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>     v.<br><br>FITON, INC.,<br><br>                    Defendant. | Case No. 2:24-cv-9105-FMO-PD<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. Fernando M. Olguin |

1 | **TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiffs Ava Hoffman, Shante Pierro, and Daniela Zamor voluntarily dismiss their claims in this action without prejudice against Defendant Fiton, Inc.

Dated: December 3, 2025         Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*
      L. Timothy Fisher

L. Timothy Fisher (SBN 191626)
Joshua R. Wilner (SBN 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
        jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (SBN 363482)
1330 Ave, of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

*Attorneys for Plaintiffs*