JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVA HOFFMAN, et al., individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>FITON, INC.,<br><br>              Defendant. | Case No. CV 24-9105 FMO (PDx)<br><br>**ORDER DISMISSING ACTION** |

    The complaint in the above-captioned case contains individual and class allegations. Plaintiffs have filed a Notice of Voluntary Dismissal Without Prejudice (Dkt. 48) pursuant to Rule 41 of the Federal Rules of Civil Procedure, seeking to dismiss their claims without prejudice.

    Having reviewed the case file and determined that no prejudice to the class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** without prejudice.

Dated this 12th day of December, 2025.

                                                                        /s/<br>
                                                    Fernando M. Olguin<br>
                                               United States District Judge